1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  RANDAL RUIZ,                                    Civil No.    06-CV-01191 JM (AJB)
    CDC# V-00678,

12
                                    Plaintiff,

13                                                   **ORDER GRANTING PLAINTIFF'S
                                                     EX PARTE MOTION FOR**
14              vs.                                  **EXTENSION OF TIME TO FILE
                                                     FIRST AMENDED COMPLAINT**
15  Cpt ESQUIBEL, et al.,

                                                     **[Doc. No. 10]**
16                                  Defendants.

17          Plaintiff, an inmate currently incarcerated at the Richard J. Donovan Correctional Facility

18  located in San Diego, California and proceeding pro se, has filed a civil rights Complaint

19  pursuant to 42 U.S.C. § 1983.

20          On September 22, 2006, the Court sua sponte dismissed Plaintiff's Complaint for failing

21  to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1). *See* Sept. 22, 2006 Order

22  at 7-8.  Specifically, the Court granted Plaintiff forty-five days leave to amend his Complaint.

23  *Id.* at 8.  On October 20, 2006, Plaintiff filed a motion requesting an extension of time to file his

24  First Amended Complaint [Doc. No. 10].  Plaintiff claims he needs the additional time because

25  his access to the prison law library is limited due to his confinement in administrative

26  segregation.  "'Strict time limits . . . ought not to be insisted upon' where restraints resulting

27  from a pro se prisoner plaintiff's incarceration prevent timely compliance with court deadlines."

28  *Eldridge v. Block*, 832 F.2d 1132, 1136 (9th Cir. 1987) (citing *Tarantino v. Eggers*, 380 F.2d

                                         1                                    06cv1191

1  465, 468 (9th Cir. 1967); *see also Bennett v. King*, 205 F.3d 1188, 1189 (9th Cir. 2000)

2  (reversing district court's dismissal of prisoner's amended pro se complaint as untimely where

3  mere 30-day delay was result of prison-wide lockdown).

4      **Conclusion and Order**

5      In light of the foregoing, the Court hereby **GRANTS** Plaintiff's request for an extension

6  of time in which to file a First Amended Complaint [Doc. No. 10].  Plaintiff's First Amended

7  Complaint, should he elect to file one, must be filed with the Court no later than **Friday,**

8  **December 15, 2006.**  Plaintiff's First Amended Complaint must comply in all other respects

9  with the Court's September 22, 2006 Order.

10      **IT IS SO ORDERED.**

11  DATED:  November 13, 2006

12                                Hon. Jeffrey T. Miller
13                                United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

06cv1191