## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

RANDAL A. RUIZ,

       Plaintiff - Appellant,

v.

ESQUIBEL, Captain, CSP Centinela; et al.,

       Defendants - Appellees.

No.  07-56051
D.C. No.  CV-06-01191-JM

**ORDER**



This appeal has been taken in good faith  [  ]

This appeal is not taken in good faith  [ ✔ ]

Explanation: <u>Plaintiff's claims, for the reasons set forth</u> <u>in the district court's order, are contrary to established</u> <u>precedent. Nor is Plaintiff's violation of Rule 8</u> <u>debatable, with the complaint (including exhibits) numbering</u> <u>over 150 pages in length.</u>

                                              Judge
                        United States District Court

Date: ___8/21/07___

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

August 9, 2007

RANDAL A. RUIZ,

      Plaintiff - Appellant,

v.

ESQUIBEL, Captain, CSP Centinela; et al.,

      Defendants - Appellees.

No. 07-56051
D.C. No. CV-06-01191-JM

**REFERRAL NOTICE**

This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

This referral shall not affect the briefing schedule previously established by this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Joe Williams
Deputy Clerk